## SMITH ag$^t$ BROOMHALL

Edward Smith for himselfe & his wife plaint. ag$^t$ Ann Broomhall widdow Defend$^t$ in an action of Slander to the value of One hundred pounds & all due damages according to attachm$^t$ Dat. April: 3$^d$ 1676. . . . [374] The Jury . . . founde for the Defend$^t$ costs of Court being Five Shillings.